# UNITED STATES DISTRICT COURT
## District of Minnesota

Nan Lin

Petitioner(s),

v.

Secretary of Department of Homeland Security, Todd M. Lyons, David Easterwood, Mary De Anda-Ybarra, Warden of Otero County Processing Center

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01991-NEB-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Clerk of Court is directed to transfer this case to the United States District Court for the District of New Mexico.

Date: 4/7/2026

KATE M. FOGARTY, CLERK